**The below described is SIGNED.**

**Dated: November 17, 2014**

*R. Kimball Mosier* (signature)

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



---

Leonard J. Carson [8483]
Russell G. Evans [7192]
Katherine T. Kang [14457]
PEARSON, BUTLER, & CARSON, PLLC
1682 Reunion Ave. | Suite No. 100
South Jordan | UT | 84095
Telephone: (801) 495-4104
Facsimile: (801) 254-9427
Email: katherine@pearsonbutler.com

*Attorney for Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>RUSTY GRAY,<br><br>Debtor. | Case No.: 12-21078<br><br>Chapter 13<br><br>Judge: R. Kimball Mosier<br><br>*FILED ELECTRONICALLY* |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT**

The Debtor's Motion for Order Approving Settlement (the "Motion") was filed with the Court on October 23, 2014. A Notice and Opportunity for Hearing was filed on October 23, 2014 providing notice of an objection deadline of November 10, 2014 and further providing notice that in the absence of an objection, an order approving the Motion would be entered.

Based upon the pleadings on file, proper notice to parties in interest, the lack of any objection, being fully advised on the facts and the law, and for good cause appearing the Court

**HEREBY ORDERS:**

1. The Debtor's Motion for Order Approving Settlement is GRANTED pursuant to the terms set forth in Debtor's Motion.

2. Debtor's proceeds from the third-party personal injury action are compensatory and exempt under Utah Code Ann. § 78B-5-505(1)(a)(x).

3. Eric S. Olson of Eisenberg, Gilchrist & Cutt is appointed as attorney for the Debtor. Payment of the contingency fee and litigation expenses as per the terms set forth in Debtor's Motion are APPROVED.

----END OF DOCUMENT----

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Katherine T. Kang
Attorney for Debtors

Kevin R. Anderson
Chapter 13 Trustee

U.S. Trustee

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Rusty Gray
2069 Woodview Drive
Lehi, UT 84043

Eric S. Olson
EISENBERG, GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, UT 84111


/s/Katherine T. Kang
Katherine T. Kang