**The below described is SIGNED.**



**Dated: November 17, 2014**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



---

Leonard J. Carson [8483]
Russell G. Evans [7192]
Katherine T. Kang [14457]
PEARSON, BUTLER, & CARSON, PLLC
1682 Reunion Ave. | Suite No. 100
South Jordan | UT | 84095
Telephone: (801) 495-4104
Facsimile: (801) 254-9427
Email: katherine@pearsonbutler.com

*Attorney for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>RUSTY GRAY,<br><br>Debtor. | Case No.: 12-21078<br><br>Chapter 13<br><br>Judge: R. Kimball Mosier<br><br>*FILED ELECTRONICALLY* |

### ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT

The Debtor's Motion for Order Approving Settlement (the "Motion") was filed with the Court on October 23, 2014. A Notice and Opportunity for Hearing was filed on October 23, 2014 providing notice of an objection deadline of November 10, 2014 and further providing notice that in the absence of an objection, an order approving the Motion would be entered.

Entered On Docket: 11/17/2014

Based upon the pleadings on file, proper notice to parties in interest, the lack of any objection, being fully advised on the facts and the law, and for good cause appearing the Court

**HEREBY ORDERS:**

1. The Debtor's Motion for Order Approving Settlement is GRANTED pursuant to the terms set forth in Debtor's Motion.

2. Debtor's proceeds from the third-party personal injury action are compensatory and exempt under Utah Code Ann. § 78B-5-505(1)(a)(x).

3. Eric S. Olson of Eisenberg, Gilchrist & Cutt is appointed as attorney for the Debtor. Payment of the contingency fee and litigation expenses as per the terms set forth in Debtor's Motion are APPROVED.

----END OF DOCUMENT----

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Katherine T. Kang
Attorney for Debtors

Kevin R. Anderson
Chapter 13 Trustee

U.S. Trustee

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Rusty Gray
2069 Woodview Drive
Lehi, UT 84043

Eric S. Olson
EISENBERG, GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, UT 84111


/s/Katherine T. Kang
Katherine T. Kang

United States Bankruptcy Court
District of Utah

In re:  
Rusty Gray  
    Debtor

Case No. 12-21078-RKM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: mfm     Page 1 of 1     Date Rcvd: Nov 17, 2014  
                   Form ID: pdfor1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2014.
```
db            +Rusty Gray,    2069 Woodview Dr.,    Lehi, UT 84043-5022
aty           +Eric S. Olson,    Eisenberg Gilchrist & Cutt,    215 S. State Street,    Suite 900,
                Salt Lake City, UT 84111-2353
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2014 at the address(es) listed below:
```
          Andrew B. Clawson    on behalf of Debtor Rusty  Gray andrew@abclawutah.com,
           kylie@pearsonbutler.com
          Gale K. x3Francis    on behalf of Creditor    Utah State Tax Commission txbk13@utah.gov
          Gale K. x5Francis    on behalf of Creditor    Utah State Tax Commission txbk13@utah.gov
          John  Christiansen    on behalf of Creditor BEN  JACOBSON john@mckellchristiansen.com
          Katherine  Kang    on behalf of Debtor Rusty  Gray katherine@pearsonbutler.com
          Kevin R. Anderson tr    ecfmail@ch13kra.com,  lneebling@ch13kra.com
          Leonard J. Carson    on behalf of Debtor Rusty  Gray len@pearsonbutler.com,
           kylie@pearsonbutler.com
          MaryAnn Bennett Bride    on behalf of Debtor Rusty  Gray maryannbride@gmail.com,
           len@pearsonbutler.com;lewis@pearsonbutler.com;daneise@pearsonbutler.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 9
```